# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *  *
JACK GREEN, et al.,          *
                             *
                             *
              Plaintiffs,    *   No. 14-38L
v.                           *   Filed: December 8, 2020
                             *
UNITED STATES,               *
                             *
              Defendant.     *
                             *
* * * * * * * * * * * * * *  *
```

### O R D E R

On December 4, 2020, the court held a status conference in the above captioned case to discuss the remaining plaintiffs in the case. Subsequently, the parties confirmed that the case can be dismissed. Therefore, the court **ORDERS** that this case be **DISMISSED** with prejudice. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**